# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gregory A. Strasburg, Individually and as Trustee of Gregory A. Strasburg Revocable Trust 4/8/03

vs

M/Y JUST A NOTION, Official No. 1089525, her engines, tackle, furniture and appurtenances, in rem; PETER BLAIR, in personam; JIM SINGLETON, in personam; and THE YACHT CLUB, LLC, a Nevada Corp.

FILED

2008 JAN -3 PM 3:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

Case No.     BY _____KNH_____ DEPUTY

'08 CV 0021 JLS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James W. Alcantara, Esq.      Phone: (619) 233-5900
ALCANTARA & ASSOCIATES, APC   Fax: (619) 233-5999
402 West Broadway, Suite 1170
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                        JAN 0 3 2008

K. _____ CLERK                            DATE

By _____, Deputy Clerk

Summons in a Civil Action                                        Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)