JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
Telephone:    (619) 233-5900
Facsimile:    (619) 233-5999
Email:        jima@alcantaraassociates.com

Attorneys for Plaintiff Gregory A. Strasburg,
Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

FILED
2008 JAN -3 PM 3:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003<br><br>Plaintiff,<br><br>v.<br><br>*M/Y JUST A NOTION*, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO. 08 CV 0021 JLS BLM<br><br>IN ADMIRALTY<br><br>EX PARTE APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR ARREST OF DEFENDANT VESSEL<br><br>Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rules C and D |

COMES NOW Plaintiff Gregory A. Strasburg, Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003 ("Plaintiff") by and through his attorney of record, respectfully requests that this Honorable Court issue an Order authorizing the immediate issuance of a Warrant for Arrest for the vessel known as *M/Y JUST A NOTION*, Official Number 1089525, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances ("DEFENDANT VESSEL"), and in support thereof, represents as follows:

1. If review by the Court cannot be had by Plaintiff on the day of filing, undersigned counsel for Plaintiff certifies that *exigent circumstances do exist* which could render review by the Court impracticable and hence require that the Clerk immediately issue a Summons and Warrant

1  for the arrest pursuant to and authorized by Supplemental Rules for Certain Admiralty and
2  Maritime Claims, Rule C (3). The exigent circumstances include, but are not limited to, Defendant
3  Peter Blair and others clearly indicating an immediate intent to take the vessel to Mexico in an
4  attempt to deprive Plaintiff from his lawful ownership of the Vessel.

5      2.    The within action is an action *in rem* and *in personam* for, among other things, a
6  determination of true ownership, right to possession and damages resulting from fraudulent
7  conduct on the part of defendants.

8      3.    The Complaint and the Declaration of James W. Alcantara demonstrate the within
9  action is one properly within admiralty jurisdiction, as it is based on PLAINTIFF's maritime lien as
10 of December 26, 2007 in a sum of not less than $15,000, plus wharfage guest wharfage fees
11 thereafter accruing at the rate of $2,125.00 per month until PLAINTIFF's claims regarding
12 DEFENDANT VESSEL are determined and set forth pursuant to an Order of this Honorable Court,
13 plus recoverable interest and costs of suit, including and attorneys' fees and substitute custodian
14 fees.

15     4.    The Supplemental Rules for Admiralty and Maritime Claims, as amended, effective
16 August 1, 1985, require judicial scrutiny of the Complaint to authorize the issuance of a Warrant of
17 Arrest, as well as provision of notice to the defendants, to permit them an opportunity for prompt
18 post-seizure hearing, if requested by them.

19     WHEREFORE, Plaintiff prays that an Order issue authorizing a Warrant for the Arrest of
20 the DEFENDANT VESSEL, and providing for a prompt post-seizure hearing, if requested by
21 DEFENDANTS, pursuant to the Supplemental Admiralty Rules, as amended.

22

23     RESPECTFULLY SUBMITTED this 3rd day of January 2008.

24                ALCANTARA & ASSOCIATES, APC

25

26                JAMES W. ALCANTARA, ESQ.
                  Attorney for Plaintiff Gregory A. Strasburg,
27                Trustee of the Gregory A. Strasburg Revocable
                  Trust dated 4/8/2003
28

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

-2-

Case Number: _____

EX PARTE APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR ARREST OF DEFENDANT VESSEL