JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
Telephone: (619) 233-5900
Facsimile: (619) 233-5999
Email: jima@alcantaraassociates.com

FILED
2008 JAN -3 PM 3:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiff Gregory A. Strasburg,
Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>Plaintiff,<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO.<br>'08 CV 0021 JLS BLM<br><br>IN ADMIRALTY<br><br>EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND FOR AUTHORIZATION FOR MOVEMENT OF DEFENDANT VESSEL<br><br>Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rules C and D |

COMES NOW Plaintiff Gregory A. Strasburg, Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003 ("Plaintiff") by and through his attorney of record, respectfully requests that this Honorable Court issue an Order appointing Driscoll's Wharf as the substitute custodian of the Defendant Vessel, *M/Y JUST A NOTION* (the "Vessel"), is a 1999 self-propelled 70-foot motor yacht of fiberglass construction, federally documented by the U.S. Department of Homeland Security through the U.S. Coast Guard Official Number 1089525, her engines, boilers, tackle, apparel, furnishings, appurtenances, etc., and all other necessaries thereunto appertaining and belongings ("Defendant Vessel"), and in support thereof represents as follows:

///

1. On or about January 3, 2008, the Complaint herein was filed praying the DEFENDANT VESSEL be arrested so that Plaintiff's demands regarding determination of true ownership and claims for other proper relief could be made.

2. It is anticipated that the Clerk of this Court will, pursuant to Order of this Honorable Court and as urged in Plaintiff's Ex Parte Application for Order Authorizing Issuance of A Warrant for Arrest of Defendant Vessel, issue a Warrant for Arrest of the DEFENDANT VESSEL, commanding the United States Marshal for this District to arrest and take into custody the DEFENDANT VESSEL and to detain her in his custody until further order of this Court respecting same.

3. It is accordingly contemplated that the United States Marshal will arrest the DEFENDANT VESSEL forthwith. Custody by the United States Marshal requires the services of one or more keepers, and does not include charges for wharfage and the other services usually associated with safekeeping vessels similar to the DEFENDANT VESSEL.

4. DEFENDANT VESSEL is located currently at Kona Kai Marina, located at 1561 Shelter Island Drive, Shelter Island, San Diego, California 92106. Driscoll's Wharf (through Catherine Driscoll) has agreed to assume the responsibility for safekeeping the said DEFENDANT VESSEL at a suitable slip at Driscoll's Wharf and to act as her custodian until further order of this Court. It will provide, as necessary under the circumstances, the following services for the safekeeping of the DEFENDANT VESSEL, at a cost not to exceed prevailing rates for substitute custodian services in the Port of San Diego, as described with further particularity in the Declaration of Kathy Driscoll.:

(a) Assume custody of the DEFENDANT VESSEL from the United States Marshal at the place of her arrest, and move the Vessel to Driscoll's Wharf as soon as possible;

(b) As soon as possible after assuming custody of the vessel, photograph and/or video tape the interior and exterior of the vessel, and prepare a written inventory of equipment and property on the vessel which is not installed as part of the vessel.

(c) Periodically inspect mooring lines/fenders to assure safe and secure mooring;

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

-2-

Case Number: _____

EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND
AUTHORIZATION FOR MOVEMENT OF DEFENDANT VESSEL

   (d) Periodically as deemed prudent under the existing circumstances, but no less than weekly, at the rate of $50.00 per inspection, inspect the vessel for watertight integrity, excessive bilge water and fuel lubricant leaks. If it is determined that further action is necessary beyond those detailed herein Plaintiff shall notify its counsel, so counsel can seek an appropriate order from the Court.

   (e) Provide at usual and customary rates prevailing in the port additional services such as cleaning, minor maintenance, inspection of bottom by a diver for the purpose of cleaning and reporting findings regarding underwater hull, metal and zinc conditions, as such services are deemed reasonably prudent and necessary.

   (f) Machinery will be operated only as directed in a Court order.

   (g) Provide other such services as may be required from time-to-time, by further order of the Court.

  5. The substitute custodian will not sell the vessel, release the vessel to anyone and/or let anyone aboard the vessel, other than in the case of emergency.

  6. Driscoll's Wharf, by the Declaration of Catherine Driscoll, avers that it has adequate facilities and supervision for the proper safekeeping of the DEFENDANT VESSEL and that it maintains insurance policies which protect it against occurrences of negligence during its custodianship.  Further, in said Declaration the Substitute Custodian accepts, in accordance with the terms of the Order Appointing Substitute Custodian and Authorizing Movement of the Vessel, possession of the DEFENDANT VESSEL, her engines, boilers, tackle, apparel, furnishings, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, which is the subject of the action herein.

  7. Plaintiff, in consideration of the U.S. Marshal's consent to the substitution of custodian, agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the DEFENDANT VESSEL, her engines, boilers, tackle, apparel, furnishings, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, from the time the Marshal transfers possession of the DEFENDANT VESSEL over to said Substitute Custodian, and said Plaintiff further agrees to hold harmless and

1. indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping.

WHEREFORE, Plaintiff respectfully requests that an Order issue:

1. Authorizing and directing the United States Marshal for the Southern District of California, upon his seizure of said DEFENDANT VESSEL, her engines, boilers, tackle, apparel, furnishings, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant for Arrest, to surrender the possession thereof to the Substitute Custodian named herein, and directing that upon such surrender the U.S. Marshal shall be discharged from its duties and responsibilities for the safekeeping of said vessel, and held harmless from any and all claims whatever arising out of said substituted possession and safekeeping.

2. Appointing the Substitute Custodian named herein as the Substitute Custodian of said DEFENDANT VESSEL in this action, to retain her in its custody and possession for safekeeping, with authority to move her within its marina, for the aforementioned compensation, at the rates not exceeding those prevailing in the Port of San Diego and in accordance with the Declaration of Catherine Driscoll and the recitals herein contained, until further order of this Court.

3. Plaintiffs attorney will serve by mail a copy of said Order to the last known address of all named defendants.

RESPECTFULLY SUBMITTED this 3rd day of January 2008.

ALCANTARA & ASSOCIATES, APC

JAMES W. ALCANTARA, ESQ.
Attorney for Plaintiff Gregory A. Strasburg,
Trustee of the Gregory A. Strasburg Revocable
Trust dated 4/8/2003

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

-4-

Case Number: _____

EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND AUTHORIZATION FOR MOVEMENT OF DEFENDANT VESSEL