FILED
2008 JAN -3 PM 3: 40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNIX_____DEPUTY

1. JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
2. 402 West Broadway, Suite 1170
San Diego, California 92101
3. Telephone: (619) 233-5900
Facsimile: (619) 233-5999
4. Email: jima@alcantaraassociates.com

5. Attorneys for Plaintiff Gregory A. Strasburg,
Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>Plaintiff,<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO. '08 CV 0021 JLS BLM<br><br>IN ADMIRALTY<br><br>DECLARATION OF CATHERINE DRISCOLL IN SUPPORT OF APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT OF VESSEL<br><br>Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rules C and D |
|---|---|

I, CATHERINE DRISCOLL, hereby certify and declare as follows:

1. I am the Vice President of Driscoll Marina, Ltd. dba Driscoll's Wharf ("Driscoll's Wharf"), located at 4918 North Harbor Drive Suite 203, which is under long term lease from the San Diego Unified Port District to Plaintiff. I make this Declaration on its behalf. The matters set forth herein are of my own personal knowledge, and, if called to do so, I could and would competently testify thereto.

2. Driscoll's Wharf is a well known and well established marina in the San Diego area. Access to vessels is possible only by use of a gate access key. Marina staff routinely walk the docks during working hours and should the DEFENDANT VESSEL be brought to the marina, the staff

-1-

Case Number: _____

DECLARATION OF CATHERINE DRISCOLL IN SUPPORT OF APPLICATION FOR APPOINTMENT OF

have been instructed to maintain a close watch on the DEFENDANT VESSEL, to assure her safety and security. In addition, a live aboard tenant in the area where the DEFENDANT VESSEL is currently located has also agreed to routinely verify the safe and secure status of the DEFENDANT VESSEL after working hours. The DEFENDANT VESSEL will be secured to the pier using a high strength chain and lock.

3. In connection with operation of its marina, Driscoll's Wharf utilizes the services of personnel with collectively decades of wharfinger experience, providing safe accommodations for all vessels. Plaintiff is familiar with the DEFENDANT VESSEL, and is fully qualified to preserve and protect her and safely keep her in the place and stead of the United States Marshal, until further order of the Court.

4. As substitute custodian, Driscoll's Wharf will perform the following services for the Defendant vessel during her custodianship:

(a) Assume custody of the vessel from the United States Marshal upon delivery at Driscoll's Wharf and charge a rate not exceeding the usual and customary rate prevailing in the Port of San Diego for substitute custodian services, until further order of the Court;

(b) As soon as possible after assuming custody of the vessel, photograph and/or video tape the interior and exterior, and prepare a written inventory of equipment and property aboard which is not installed as part of the vessel;

(c) Periodically inspect mooring lines/fenders to assure safe and secure mooring;

(d) Periodically as deemed prudent under the existing circumstances, but no less than weekly, at the rate of $50.00 per inspection, inspect the vessel for watertight integrity, excessive bilge water and fuel lubricant leaks. Where further action beyond those detailed herein is deemed necessary to preserve the vessel, Driscoll's Wharf shall advise counsel, so counsel can seek an appropriate order form the Court.

(e) Provide, at rates not exceeding the usual and customary rates prevailing in the Port of San Diego additional services, such as cleaning, minor maintenance, inspection of bottom by a diver for the purpose of cleaning and reporting findings regarding underwater hull,

-2-

1   metal and zinc conditions, as such services are deemed prudent.

2          (f)   Driscoll's Wharf will operate only machinery described in a proper Court
3   order.

4          (g)   Provide other such services as may be required from time-to-time, by further
5   order of the Court.

6       5.   Driscoll's Wharf's responsibility shall not extend to inherent or latent defects or
7   deficiencies in the hull, machinery or equipment, nor to any fines, penalties or costs related to the
8   above.

9       6.   Driscoll's Wharf maintains several insurance policies which protect it against
10  negligence during its custodianship. There is more than sufficient insurance to protect both
11  Driscoll and the DEFENDANT VESSEL in the event of a covered loss.

12      7.   I am informed and believe the United States Marshal is unable to perform the
13  above-described services at a comparable price.

14      8.   Driscoll's Wharf agrees to accept substitute custodianship of the DEFENDANT
15  VESSEL, her engines, tackle, apparel and furniture, in accordance with the Court's Order
16  appointing substitute custodian, and to indemnify the U.S. Marshal from and against all actual or
17  potential liability arising from or related to Driscoll's Wharf's custodial services in this action.

18      I declare under penalty of perjury under the laws of the United States and the State of
19  California that the foregoing is true and correct.

20

21      EXECUTED this  3  day of January 2008.

                                    _____
                                    Catherine Driscoll

-3-

Case Number: _____

DECLARATION OF CATHERINE DRISCOLL IN SUPPORT OF APPLICATION FOR APPOINTMENT OF

*Alcantara & Associates, APC*
*402 West Broadway, Suite 1170*
*Emerald Plaza Building*
*San Diego, California 92101*
*(619) 233-5900 Fax: (619) 233-5999*