PLEASE RECEIPT AND RETURN

1  JAMES W. ALCANTARA - State Bar No.: 152747
   Alcantara & Associates, APC
2  402 West Broadway, Suite 1170
   San Diego, California 92101
3  Telephone:   (619) 233-5900
   Facsimile:   (619) 233-5999
4  Email:       jima@alcantaraassociates.com

5  Attorneys for Plaintiff Gregory A. Strasburg,
   Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA
08 JAN -4 A 11: 27
RECEIVED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>                    Plaintiff,<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>                    Defendants. | CASE NO.<br><br>'08 CV 0021 JLS BLM<br><br>IN ADMIRALTY<br><br>WARRANT FOR ACTION *IN REM*<br><br>46 U.S.C. Sections 30101-31343<br><br>Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rules C and D |

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

WHEREAS, a Complaint has been filed in this Court in the above-entitled action against the Defendant Vessel, That Certain Motor Vessel of Approximately 70 feet in Length, known as *M/Y JUST A NOTION*, Official Number: 1089525, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances (the "DEFEDNANT VESSEL") upon an admiralty and maritime claim in the amount of not less than $250,000 as of January 3, 2008, plus recoverable interest, costs of suit and attorneys' fees, for the reasons and causes therein stated and praying for process of a warrant for the arrest of said DEFENDANT VESSEL and all of her

COPY

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

1  engines, tackle, accessories, equipment, furnishings and appurtenances, and that all persons with an
2  interest in the DEFENDANT VESSEL be cited to answer, and that the said DEFENDANT
3  VESSEL and her appurtenances be, for the causes in the said Complaint, arrested pending
4  adjudication of the claims of PLAINTIFF.

5      YOU ARE HEREBY COMMANDED to arrest the said DEFENDANT VESSEL and all of
6  her engines, tackle, accessories, equipment, furnishings and appurtenances, and to detain the same
7  in your custody, or in the custody of an authorized Substitute Custodian, until further Order from
8  the Court respecting the same, and to give due notice to all persons claiming the same or having
9  anything to say concerning claim to the Vessel pursuant to the Prayer of the said Complaint, that
10 they must file their claim with the Clerk of this Court within ten (10) days after execution of this
11 process, or within such additional time as may be allowed by the Court, and must serve their
12 answers within twenty (20) days after the filing of their claims.

13     YOU ARE FURTHER COMMANDED to file this process in this Court with your return
14 thereon promptly after execution thereof, and to mail a copy thereof to the attorney at whose
15 request such execution was affected.

16

17 DATED: January 4, 2008          UNITED STATES DISTRICT COURT CLERK

18                                        **ARVAUNTI VICTORIA**

19                            By: _____

20                                Deputy Clerk

21

22

23 RESPECTFULLY SUBMITTED this 3rd day of January, 2008.

24                            ALCANTARA & ASSOCIATES, APC

25

26                            _____
                             James W. Alcantara, Esq.
27                            Attorneys for Plaintiff
                             GREGORY STRASBURG

28

*Alcantara & Associates, APC*
*402 West Broadway, Suite 1170*
*Emerald Plaza Building*
*San Diego, California 92101*
*(619) 233-5900 Fax: (619) 233-5999*

WARRANT FOR ACTION *IN REM*          Case Number: _____