USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Gregory A. Strasburg / Gregory A. Strasburg Revocable Trust dated 4/8/03 | COURT CASE NUMBER<br>08CV21 |
| DEFENDANT<br>M/Y JUST A NOTION, Official Number 1089525 | TYPE OF PROCESS<br>Turn vessel over to Substitute Custodian |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The vessel, M/Y JUST A NOTION, is a 1999 self-propelled, 70-foot motor yacht of fiberglass construction
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
located at the Kona Kai Marina - 1561 Shelter Island Drive, San Diego, California 92106

BY: PW DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James W. Alcantara, Esq.
ALCANTARA & ASSOCIATES, APC
402 West Broadway, Suite 1170
San Diego, California 92101

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Prior to execution of Warrant please contact Cathy Driscoll at Driscoll's Wharf (substitute custodian) so that you can be met at the vessel to transfer custody. Contact information for Cathy Driscoll is as follows: cell phone: (619) 246-9203, office phone: (619) 222-4930. Driscoll's Wharf is located at 4918 North Harbor Drive, Suite 203, San Diego, California 92106.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(619) 233-5900 | DATE<br>1/3/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 90 | District to Serve<br>No. 90 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/9/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 1/9/08    Time: 11:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

SOUTHERN DISTRICT OF CALIFORNIA
U.S. MARSHAL
2008 JAN -4 A 12:14
RECEIVED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**ORIGINAL**

**U.S. Department of Justice**
United States Marshals Service



## UNITED STATES MARSHALS SERVICE
SOUTHERN  DISTRICT OF CALIFORNIA

# SEIZED PROPERTY AND EVIDENCE CONTROL

**RECEIVED FROM (Name and address)**
Kona Kai Marina, 1561 Shelter Island Drive, San Diego, CA 92106

| CASE NO. | CASE TITLE |
|---|---|
| 08cv21 | M/Y JUST A NOTION |

**SUBJECT (Name, address)**
M/Y JUST A NOTION, KONA KAI MARINA, 1561 Shelter Island Drive, SAN DIEGO, CA 92106

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | M/Y JUST A NOTION, USCG Official No. | Driscoll Boat Works |
| | | 1089525, AND ALL OF HER ENGINES, | 2500 Shelter Island Dr. |
| | | TACKLE, ACCESSORIES, EQUIPMENT, | San Diego, CA 92106 |
| | | FURNISHINGS AND APPURTENANCES, in rem | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Brian Caserta, DUSM | USM S/CA | 01/09/08 | *(signed)* |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 01/09/08 | NAME & AGENCY: Brian Caserta, DUSM / SIGNATURE *(signed)* | NAME & AGENCY: Driscoll Boat Works / SIGNATURE | Turn over to Sub-Custodian per Court Order |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Continued)

(Prior Editions are Obsolete and not to be used)