# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gregory A. Strasburg, Individually and as Trustee of Gregory A. Strasburg Revocable Trust 4/8/03

vs

M/Y JUST A NOTION, Official No.: 1089525, her engines, tackle, furniture and appurtenances, in rem; PETER BLAIR, in personam; JIM SINGLETON, in personam; and THE YACHT CLUB, LLC, a Nevada Corp.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0021 JLS BLM

TO: (Name and Address of Defendant)

Peter Blair
President and Manager of The Yacht Club, LLC.
4356 Point Loma Avenue
San Diego, California 92107

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James W. Alcantara, Esq.
ALCANTARA & ASSOCIATES, APC
402 West Broadway, Suite 1170
San Diego, CA 92101

Phone: (619) 233-5900
Fax: (619) 233-5999

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 0 3 2008

W. Samuel Hamrick, Jr.
CLERK

K. HAMERLY

By _____, Deputy Clerk               DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | January 10, 2008 |
| NAME OF SERVER  Monique C. Rodrigue | TITLE | Paralegal |

Check one box below to indicate appropriate method of service

XX Served personally upon the defendant. Place where served: Driscoll's Wharf
4918 N. Harbor Drive
San Diego, California 92106

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | $0.00 | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: January 10, 2008
at 11:10 a.m.   Date 1/10/08   Signature of Server

402 West Broadway, Suite 1170, San Diego, CA 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

12

::ODMA\PCDOCS\WORDPERFECT\144431 May 5, 1999 (11:34am)