Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>          Plaintiff,<br><br>vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>          Defendants. | CASE NO.: 08CV21 JLS(BLM)<br><br>IN ADMIRALTY<br><br>STATEMENT OF RIGHT OR INTEREST OF PETER BLAIR<br><br>Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rules C and D |

COMES NOW Defendant PETER BLAIR individually, and pursuant to Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims Rules C and D asserts a right to possession and ownership interest in the vessel known as *M/Y JUST A NOTION,* Official Number 1089525, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances ("DEFENDANT VESSEL"), and in support thereof, certifies and declares as follows:

    1.    I, Peter Blair, have been the President and a managing member of Yacht Club, LLC since its formation in 2006;

---

STATEMENT OF INTEREST OF PETER BLAIR            CASE NO.: 08CV21 JLS(BLM)

1

2. Since the acquisition by Yacht Club, LLC of the vessel which is the subject of this litigation, I have been responsible for managing Yacht Club, marketing fractional ownerships in Yacht Club, managing the vessel, and making sure the vessel was well maintained and safeguarded;

3. It has always been understood that I was to receive a salary for my time and efforts and was to be reimbursed for any supplies and equipment I personally paid for the support and maintenance of the vessel;

4. While I have, from time to time, received monies from Plaintiff, GREGORY A. STRASBURG, I have sent him bills, which to date have not been reimbursed. To date, the unpaid funds for my labor, supplies, and parts invested in the vessel exceeds $300,000;

5. In addition to this interest in the vessel I have also have personal items that were on the vessel the date of the seizure, including clothing, staples, and tools;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of January, 2008 at San Diego, California.

PETER BLAIR