Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>Plaintiff,<br><br>vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem;* PETER BLAIR, *in personam;* JIM SINGLETON, *in personam;* and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO.: 08CV21 JLS(BLM)<br><br>IN ADMIRALTY<br><br>PROOF OF SERVICE OF STATEMENT OF RIGHT OR INTEREST OF PETER BLAIR |

I, Lisa Barnum, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the withing action; my business address is 2040 Harbor Island Dr., Suite 202, San Diego, CA 92101, San Diego, CA 92101.

On January 22, 2008, I served the following document on the individuals as follows:

**STATEMENT OF RIGHT OR INTEREST OF PETER BLAIR**

__X__ BY ELECTRONIC FILING: I served the above referenced document by E-filing, in accordance with the rules governing the electronic filing of documents in the Unites States District Court in and for the Southern District of California. Notice will be electronically mailed to the following parties:

James Alcantara
ALCANTARA & ASSOCIATES, APC

I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on January 22, 2008 at San Diego, California.

Lisa M. Barnum

---

PROOF OF SERVICE    CASE NO.: 08CV21 JLS(BLM)
1