Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>Plaintiff,<br><br>vs.<br><br>*M/Y JUST A NOTION*, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO.: 08CV21 JLS(BLM)<br><br>IN ADMIRALTY<br><br>STATEMENT OF RIGHT OR INTEREST OF JIM SINGLETON<br><br>Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rules C and D |

COMES NOW Defendant JIM SINGLETON, individually, and pursuant to Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims Rules C and D asserts a right to possession and ownership interest in the vessel known as *M/Y JUST A NOTION*, Official Number 1089525, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances ("DEFENDANT VESSEL"), and in support thereof, certifies and declares as follows:

   1.   I, James R. Singleton, on or about January 25, 2007, I loaned Yacht Club, LLC, $150,000. This was an interest only loan and was to be paid in full with the principle to be paid

1  in 18 months.

2      2.    The loan agreement provided that in the event of a default in the payments of interest or principle, I am authorized to sell the vessel described above which is the subject of this litigation. This agreement was signed by all parties to this action, including Plaintiff GREGORY A. STRASBURG, as Trustee as the GREGORY A. STRASBURG REVOCABLE TRUST.

    3.    There has been a default in the payments of interest. I have made a demand for full repayment to Plaintiff, GREGORY A. STRASBURG, upon learning of his acquisition of the vessel. I have obtained no response.

    4.    I therefore have an interest in the vessel as follows:

    a)    A possessory right for the purpose of sale of the vessel.

    b)    An equity right for the unpaid principle, interest and $10,000 fee as provided in my loan agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of January, 2008 at San Diego, California.

JIM SINGLETON

---

STATEMENT OF INTEREST OF JIM SINGLETON     CASE NO.: 08CV21 JLS(BLM)

2