```
 1   Michael B. McDonnell, State Bar No. 107053
     Douglas M. Field, State Bar No. 237888
 2   McDONNELL & ASSOCIATES
     2040 Harbor Island Drive, Suite 202
 3   San Diego, California 92101
     Telephone: (619) 294-4230
 4   Facsimile: (619) 294-4237
 5
     Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC.
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11   GREGORY A. STRASBURG, Individually and as  )  CASE NO.:07 CV 1121BTM
     Trustee of the GREGORY A. STRASBURG        )
12   REVOCABLE TRUST dated 4/28/2003            )  DEFENDANTS' NOTICE OF
                                                )  MOTION AND MOTION TO
13                    Plaintiff,                )  DISMISS THE SECOND, THIRD,
                                                )  FOURTH AND FIFTH CAUSES OF
14         vs.                                  )  ACTION FOR FAILURE TO STATE
                                                )  A CLAIM UPON WHICH RELIEF
15   M/Y JUST A NOTION, Official Number 1089525,)  CAN BE GRANTED (FRCP 12(b)(6)),
     her engines, tackle, furniture and appurtenances, in ) or, in the alternative, MOTION FOR A
16   rem; PETER BLAIR, in personam; JIM         )  MORE DEFINITE STATEMENT
     SINGLETON, in personam; and THE YACHT      )
17   CLUB, LLC., a Nevada Corporation,          )
                                                )  Date:  March 28, 2008
18                                              )  Time:  10:30
                      Defendants.               )  Judge: Hon. Janis L. Sammartino
19                                              )  Dept:  Courtroom 6
                                                )
20   _____)
21   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
22   PLEASE TAKE NOTICE that on March 28, 2008 at 10:30 a.m., or as soon thereafter as the
23   matter may be heard in the above-entitled court, located at 800 Front Street, San Diego, CA
24   92101, Defendants PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC. will
25   move this Court to dismiss the Second, Third, Fourth and Fifth Causes of Action pursuant to
26   FRCP 12(b)(6) because Plaintiffs' causes of action for fraud fail to meet the particularity
27   requirements for pleading under FRCP 9(b).
28   ////
```

---

NOTICE OF MOTION AND MOTION TO DISMISS                                          08CV0021JLSBLM
THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION                                          1

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

DATED:   January 31, 2008                    McDONNELL & ASSOCIATES, P.C.

                                             _____
                                             Douglas M. Field, Attorney for Defendants
                                             PETER BLAIR, JIM SINGLETON, and
                                             THE YACHT CLUB, LLC

---

NOTICE OF MOTION AND MOTION TO DISMISS                08CV0021JLSBLM
THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION

2