Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>Plaintiff,<br><br>vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem;* PETER BLAIR, *in personam;* JIM SINGLETON, *in personam;* and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO.: 08CV21 JLS(BLM)<br><br>IN ADMIRALTY<br><br>**PROOF OF SERVICE**<br><br>Date: March 28, 2008<br>Time: 10:30 a.m.<br>Judge: Hon. Janis L. Sammartino<br>Dept: Courtroom 6 |

I, Lisa Barnum, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2040 Harbor Island Dr., Suite 202, San Diego, CA 92101, San Diego, CA 92101.

On January 31, 2008, I served the following document on the individuals as follows:

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), or, in the alternative, MOTION FOR A MORE DEFINITE STATEMENT**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), or, in the alternative, MOTION FOR A MORE DEFINITE STATEMENT**

    __X__ BY ELECTRONIC FILING: I served the above referenced document by E-filing, in accordance with the rules governing the electronic filing of documents in the Unites States District Court in and for the Southern District of California. Notice will be electronically mailed to the following parties:

---

PROOF OF SERVICE             CASE NO.: 08CV21 JLS(BLM)

1

1  James Alcantara
   ALCANTARA & ASSOCIATES, APC
2
   I declare under penalty of perjury under the laws of the State of California that the above is true and
3  correct

4  Executed on January 31, 2008 at San Diego, California.

5                                                          *(signature)*
                                                           Lisa M. Barnum

| PROOF OF SERVICE | CASE NO.: 08CV21 JLS(BLM) |
|---|---|
| | 2 |