Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/28/2003<br><br>Plaintiff,<br><br>vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem;* PETER BLAIR, *in personam;* JIM SINGLETON, *in personam;* and THE YACHT CLUB, LLC., a Nevada Corporation,<br><br>Defendants. | CASE NO: 08cv0021JLS(BLM)<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), or, in the alternative, MOTION FOR A MORE DEFINITE STATEMENT<br><br>Date:  March 28, 2008<br>Time:  10:30<br>Judge:  Hon. Janis L. Sammartino<br>Dept:  Courtroom 6 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 28, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 800 Front Street, San Diego, CA 92101, Defendants PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC. will move this Court to dismiss the Second, Third, Fourth and Fifth Causes of Action pursuant to FRCP 12(b)(6) because Plaintiffs' causes of action for fraud fail to meet the particularity requirements for pleading under FRCP 9(b).

////

1  This motion will be based on this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities filed herewith, and the pleadings and papers filed herein.

3
4  DATED:     February 1, 2008                McDONNELL & ASSOCIATES, P.C.
5
6                                             _____
                                               Douglas M. Field, Attorney for Defendants
7                                              PETER BLAIR, JIM SINGLETON, and
                                               THE YACHT CLUB, LLC
8

---

NOTICE OF MOTION AND MOTION TO DISMISS                                   08Ccv0021 JLS(BLM)

THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION                              2