

1  JAMES W. ALCANTARA - State Bar No.: 152747
   Alcantara & Associates, APC
2  402 West Broadway, Suite 1170
   San Diego, California 92101
3  Telephone:    (619) 233-5900
   Facsimile:    (619) 233-5999
4  Email:        jima@alcantaraassociates.com

5  Attorneys for Plaintiff Gregory A. Strasburg,
   Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003
6

7                   UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9
   GREGORY A. STRASBURG, Individually        )  CASE NO. 08CV21 JLS (BLM)
10 and as Trustee of the GREGORY A.          )
   STRASBURG REVOCABLE TRUST dated           )
11 4/8/2003                                   )
                                              )  DECLARATION OF DON
12        Plaintiff,                          )  BEAUMONT REGARDING
                                              )  APPOINTMENT OF SUBSTITUTE
13 v.                                         )  CUSTODIAN AND MOVEMENT OF
                                              )  VESSEL
14 M/Y JUST A NOTION, Official Number         )
   1089525, her engines, tackle, furniture and )
15 appurtenances, in rem; PETER BLAIR, in    )
   personam; JIM SINGLETON, in personam;     )
16 and THE YACHT CLUB, LLC., a Nevada         )  Federal Rules of Civil Procedure
   Corporation                               )  Supplemental Rules for Certain
17                                            )  Admiralty and Maritime Claims, Rules C
                                              )  and D
18        Defendants.                         )

19

20 I, DON BEAUMONT, hereby declare:

21 1.    I am the President of Nielsen Beaumont Marine, Inc., ("Nielsen Beaumont"), a

22 California corporation, located 2420 Shelter Island Drive, San Diego, California 92106, and at

23 1301 Pier "C" Street, Long Beach, California 90813-4038. I make this Declaration on its

24 behalf. The matters set forth herein are of my own personal knowledge, and, if called to do so, I

25 could and would competently testify thereto.

26 2.    Nielsen Beaumont provides a broad range of marine services, including major

27 reconstruction, cleaning, maintenance and custodianship, and has been approved previously by

28                                          -1-

                                              Case Number: 08CV21 JLS (BLM)

        DECLARATION OF DON BEAUMONT REGARDING APPOINTMENT OF SUBSTITUTE
                     CUSTODIAN AND MOVEMENT OF VESSEL

*(left margin, vertical text)* Alcantara & Associates, APC | 402 West Broadway, Suite 1170 | Emerald Plaza Building | San Diego, California 92101 | (619) 233-5900 Fax: (619) 233-5999

1    the United States District Court for the Central and Southern Districts of California to serve as

2    substitute custodian, on over 3,000 vessel arrests.

3    3.    The Defendant vessel M/Y JUST A NOTION, Official No. 1089525 is presently located

4    at Driscoll's Wharf who is currently acting as substitute custodian. I believe Nielsen Beaumont

5    can safely move and keep the vessel at its marine facility at 2420 2353 Shelter Island Drive, San

6    Diego, California 92106, in the place and stead of the United States Marshal and Driscoll's

7    Wharf during the pendency of suit herein, and until further order of the Court.

8    4.    As substitute custodian, Nielsen Beaumont will perform the following services for the

9    Defendant vessel during her custodianship:

10          a.    Assume custody of the vessel from Driscoll's Wharf, and move the vessel to

11                Nielsen Beaumont Marine's facility for storage, until further order of the Court;

12          b.    As soon as possible after assuming custody of the vessel, photograph and/or video

13                tape the interior and exterior of the vessel (a written inventory already has been

14                prepared);

15          c.    Periodically inspect mooring lines and fenders to assure safe and secure mooring;

16          d.    Periodically inspect the vessel for watertight integrity, excessive bilge water and

17                fuel lubricant leaks and, where in Nielsen Beaumont's sole evaluation further

18                action beyond those details herein is necessary to preserve the vessel, advise

19                counsel for Plaintiff, so counsel can seek an appropriate order from the Court;

20          e.    Provide and/or supervise additional services such as cleaning, minor maintenance,

21                inspection of bottom by a diver for the purpose of cleaning metal and reporting

22                findings regarding underwater hull, metal and zinc conditions, as such services are

23                deemed prudent in Nielsen Beaumont's sole professional opinion;

24          f.    Periodically operate machinery, if In Nielsen Beaumont's sole professional

25                opinion it can be done without risk. If an interested party wishes machinery to be

26                operated, and Nielsen Beaumont has not elected to do so, Nielsen Beaumont will

27                operate only machinery described in a proper Court order;

28

-2-

Case Number: 08CV21 JLS (BLM)

DECLARATION OF DON BEAUMONT REGARDING APPOINTMENT OF SUBSTITUTE
CUSTODIAN AND MOVEMENT OF VESSEL

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

g.  Provide other such services as may be required from time-to-time, by further order

of the Court.

5.  Nielsen Beaumont's responsibility shall not extend to inherent or latent defects or

deficiencies in the hull, machinery or equipment, nor to any fines, penalties or costs related to

the above.

6.  Nielsen Beaumont maintains several insurance policies which protect it against

negligence of Nielsen Beaumont during its custodianship. Those policies are:

a.  Commercial Marine Liability, with the underwriters New Hampshire Insurance

Company, with an aggregate limit of $4,000,000.00;

b.  Worker's Compensation with Majestic Insurance Company;

c.  Nielsen Beaumont Marine, Inc. does not maintain hull, machinery or protection

and indemnity insurance.

7.  The United States Marshal is unable to perform the above described services at a

comparable price. Nielsen Beaumont requires that payment for all services provided as

substitute custodian be paid for in full on or before the date that the Defendant vessel is

released from Driscoll's Wharf, or the date that Nielsen Beaumont is relieved as substitute

custodian, whichever first occurs.

8.  Nielsen Beaumont agrees to accept substitute custodianship of the Defendant vessel, her

engines, tackle, apparel and furniture, in accordance with the Court's order appointing

substitute custodian.

I declare under penalty of perjury, under the laws of the United States of America, that

the foregoing is true and correct.

Executed on _February, 2_ at _San Diego_ California

DON BEAUMONT

-3-

Case Number: 08CV21 JLS (BLM)

DECLARATION OF DON BEAUMONT REGARDING APPOINTMENT OF SUBSTITUTE

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999