JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
Telephone: (619) 233-5900
Facsimile: (619) 233-5999
Email: jima@alcantaraassociates.com

Attorneys for Plaintiff Gregory A. Strasburg,
Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003 | CASE NO. 08 CV 0021 LJS (BLM) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation | |
| Defendants. | |

I, Monique C. Rodrigue hereby certify and declare as follows:

    1.    I am over the age of 18 years and not a party to this action.

    2.    My business address is 402 West Broadway, Suite 1170, San Diego California 92101, which is located in the city, county and state where the mailing described below took place.

    3.    I am readily familiar with the practice of ALCANTARA & ASSOCIATES, APC with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.

    4.    The documents described below were served by electronic filing on February 1, 2008.

**EX PARTE APPLICATION FOR AN ORDER APPOINTING NEW SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT OF DEFENDANT VESSEL**

**[Proposed] ORDER GRANTING APPOINTMENT OF NEW SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT OF DEFENDANT VESSEL**

5. On February 1, 2008, I served the documents described below by E-filing in accordance with the rules governing the electronic filing and subsequent service of documents in the United States District Court in and for the Southern District of California. Notice will be electronically mailed to the following parties by and through their counsel of record:

**Douglas M. Field, Esq.:** dfield@mrlawgroup.com, lmbarnum@mrlawgroup.com

Attorney for Defendants: Yacht Club, LLC, Peter Blair and Jim Singleton

6. The documents described above were also served by U.S. Mail, first-class, on February 1, 2008. I deposited in the United States Mail at San Diego, California, true and correct copies of the above-referenced documents addressed to counsel of record for Defendants Yacht Club, LLC, Peter Blair and Jim Singleton:

> Michael B. McDonnell, Esq.
> MCDONNELL & ASSOCIATES
> 2040 Harbor Island Drive
> San Diego, California 92101

> Attorney for Defendants: Yacht Club, LLC, Peter Blair and Jim Singleton

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of February, 2008, at San Diego, California.

ALCANTARA & ASSOCIATES, APC

s/ Monique C. Rodrigue
Monique C. Rodrigue

-2-

Civil No.: 08CV0021 JLS (BLM)

CERTIFICATE OF SERVICE