# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>    Plaintiffs,<br><br>  vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her gines, tackle, furniture, and appurtenances, in rem; PETER BLAIR; JIM SINGLETON; and THE YACHT CLUB, LLC,<br><br>    Defendants. | CASE NO. 08CV21 JLS (BLM)<br><br>**ORDER SETTING HEARING DATE ON EX PARTE APPLICATION** |

On February 1, 2008, Gregory A. Strasburg ("plaintiff") filed an ex parte application to appoint a new substitute custodian and authorize movement of the defendant vessel, M/Y Just a Notion. (Doc. No. 18.) The Court hereby **SETS** plaintiff's application for a hearing on Tuesday, February 5, 2008 at 3:00 p.m. At this time, the Court **SHALL ALSO CONDUCT** a status conference on this case. Counsel **SHALL INFORM** clients about this hearing and status conference.

//
//
//

IT IS SO ORDERED.

DATED: February 4, 2008

_____
Honorable Janis L. Sammartino
United States District Judge