1  JAMES W. ALCANTARA - State Bar No.: 152747
   Alcantara & Associates, APC
2  402 West Broadway, Suite 1170
   San Diego, California 92101
3  Telephone:   (619) 233-5900
   Facsimile:    (619) 233-5999
4  Email:        jima@alcantaraassociates.com

5  Attorneys for Plaintiff Gregory A. Strasburg,
   Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003 | CASE NO.: 08CV0021 LJS (BLM) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| *M/Y JUST A NOTION*, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation | |
| Defendants. | |

I, Monique C. Rodrigue hereby certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 402 West Broadway, Suite 1170, San Diego California 92101, which is located in the city, county and state where the mailing described below took place.

3. I am readily familiar with the practice of ALCANTARA & ASSOCIATES, APC with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.

4. The document described below was served by electronic filing and U.S. Mail on March 14, 2008.

-1-

Civil No.: 08CV0021 JLS (BLM)

CERTIFICATE OF SERVICE

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

5. On March 14, 2008, I served the document described below by E-filing in accordance with the rules governing the electronic filing and subsequent service of documents in the United States District Court in and for the Southern District of California. Notice will be electronically mailed to the following parties by and through their counsel of record:

**Douglas M. Field, Esq.:** dfield@mrlawgroup.com, lmbarnum@mrlawgroup.com

Attorney for Defendants: Yacht Club, LLC, Peter Blair and Jim Singleton

6. The document described above was also served by U.S. Mail, first-class, on March 14, 2008. I deposited in the United States Mail at San Diego, California, true and correct copies of the above-referenced documents addressed to counsel of record for Defendants Yacht Club, LLC, Peter Blair and Jim Singleton:

> Michael B. McDonnell, Esq.
> MCDONNELL & ASSOCIATES
> 2040 Harbor Island Drive
> San Diego, California 92101

> Attorney for Defendants: Yacht Club, LLC, Peter Blair and Jim Singleton

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 14th day of March 2008, at San Diego, California.

ALCANTARA & ASSOCIATES, APC

s/ Monique C. Rodrigue
Monique C. Rodrigue

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

-2-

Civil No.: 08CV0021 JLS (BLM)

CERTIFICATE OF SERVICE