1  Michael B. McDonnell, State Bar No. 107053
   Douglas M. Field, State Bar No. 237888
2  McDONNELL & ASSOCIATES
   2040 Harbor Island Drive, Suite 202
3  San Diego, California 92101
   Telephone: (619) 294-4230
4  Facsimile: (619) 294-4237

5  Attorneys for PETER BLAIR, JIM SINGLETON, and THE YACHT CLUB, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | GREGORY A STRASBURG, Individually and as ) | CASE NO.: 08cv0021 JLS(BLM)
   | Trustee of the GREGORY A. STRASBURG         )
11 | REVOCABLE TRUST dated 4/8/2003,             ) | IN ADMIRALTY
   |                                             )
12 |                    Plaintiff,                ) | PROOF OF SERVICE
   |                                             )
13 |         vs.                                  )
   |                                             ) | Date:  March 28, 2008
14 | M/Y JUST A NOTION, Official Number 1089525, her ) | Time: 10:30 a.m.
   | engines, tackle, furniture and appurtenances, in rem; ) | Judge: Hon. Janis L. Sammartino
15 | PETER BLAIR, in personam; JIM SINGLETON, in  ) | Dept:  Courtroom 6
   | personam; and THE YACHT CLUB, LLC., a Nevada ) |
16 | Corporation                                   )
   |                                             )
17 |                    Defendants.                )
   |                                             )
18 |_____)

19 I, Lisa Barnum, declare:

20    I am a resident of the State of California and over the age of eighteen years, and not a party to the withing action; my business address is 2040 Harbor Island Dr., Suite 202, San Diego, CA 92101, San Diego, CA 92101.

21 On March 18, 2008, I served the following document on the individuals as follows:

22

23 **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), or,
24 in the alternative, MOTION FOR A MORE DEFINITE STATEMENT**

25    X   BY ELECTRONIC FILING: I served the above referenced document by E-filing, in accordance with the rules governing the electronic filing of documents in the Unites States District Court
26 in and for the Southern District of California. Notice will be electronically mailed to the following parties:

27 James Alcantara
   ALCANTARA & ASSOCIATES, APC
28

---

PROOF OF SERVICE                                              CASE NO.: 08CV21 JLS(BLM)
                                                                                      1

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct

2  Executed on March 18, 2008 at San Diego, California.

*Lisa M. Barnum*