SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  David B. Hopkins, SBN 126780
  Jenny K. Goodman, SBN 177828
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
Hopkins@shlaw.com
Goodman@shlaw.com

Attorneys for Defendant,
Jim Singleton

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003<br><br>Plaintiffs<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, in rem; PETER BLAIR, in personam; JIM SINGLETON, in personam; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO. 08 CV 0021 JLS (BLM)<br><br>IN ADMIRALTY<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT JIM SINGLETON TO SUBSTITUTE COUNSEL**<br><br>Place:   Courtroom 6<br>          U.S. Courts Building<br>          940 Front St., San Diego, CA<br><br>Judge:       Hon. Janis L. Sammartino<br>Mag. Judge:  Hon. Barbara Lynn Major<br><br>Complaint Filed:  January 3, 2008 |

**TO THE PLAINTIFF AND HIS ATTORNEY OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant JIM SINGLETON requests that David Hopkins of Sullivan Hill Lewin Rez & Engel be substituted in as counsel in this case, replacing prior counsel of record Douglas M. Field, of McDonnell & Associates. Attached hereto as Exhibit A is a Substitution of Counsel executed by Defendant SINGLETON, new counsel, and former counsel consenting to this substitution.

///

- 1 -

1  Defendant SINGLETON requests an immediate granting of this Motion to enable his new
2  counsel to file papers due on Friday, March 21, 2008 in this case.
3  Respectfully submitted.

Dated: March 19, 2008

s/David B. Hopkins, Attorney
Attorney for Defendant Jim Singleton
E-Mail: Hopkins @shlaw.com

::ODMA\PCDOCS\PCDOCS\281591\1

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  David B. Hopkins, SBN 126780
  Jenny K. Goodman, SBN 177828
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
Hopkins@shlaw.com
Goodman@shlaw.com

Attorneys for Defendant,
Jim Singleton

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003<br><br>Plaintiffs<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, in rem; PETER BLAIR, in personam; JIM SINGLETON, in personam; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>Defendants. | CASE NO. 08 CV 0021 JLS (BLM)<br><br>IN ADMIRALTY<br><br>**SUBSTITUTION OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND TO ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant JIM SINGLETON substitutes as his attorneys of record, David B. Hopkins of Sullivan, Hill, Lewin, Rez & Engel, APC, 550 West "C" Street, Suite 1500, San Diego, California 92101, in place and instead of Michael B. McDonnell of McDonnell & Associates, 2040 Harbor Island Drive, Ste. 202, San Diego, California.

///

///

EXHIBIT A

- 1 -

::ODMA\PCDOCS\PCDOCS\281526\1

1 | I consent to the above substitution.
2 | Dated: March 19, 2008

Jim Singleton

4 | Former counsel consents to the above substitution.

5
6 | Dated: March 19, 2008

MCDONNELL & ASSOCIATES

By: _____
Michael B. McDonnell
Former Attorney for Defendant Jim Singleton

10 | New counsel accepts the above substitution.
11 | Dated: March 19, 2008

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: _____
David B. Hopkins
Jenny K. Goodman
Attorneys for Defendant Jim Singleton

- 2 -

::ODMA\PCDOCS\PCDOCS\281526\1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>    Plaintiff,<br><br>    v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, in rem; PETER BLAIR, in personam; JIM SINGLETON, in personam; and THE YACHT CLUB, LLC, a Nevada Corporation,<br><br>    Defendants. | Case No. 08 CV 0021 JLS (BLM)<br><br>Judge: Hon.<br><br>**CERTIFICATE OF SERVICE**<br><br>Place:    Courtroom 6<br>           U.S. Courts Building<br>           940 Front St., San Diego, CA<br><br>Judge:    Hon. Janis L. Sammartino<br>Mag. Judge:    Hon. Barbara Lynn Major<br><br>Complaint Filed:    January 3, 2008 |

IT IS HEREBY CERTIFIED THAT:

I, Marnie Cruz, am over the age of 18 years. My business address is 550 West C Street, San Diego, California 92101.

I am not a party to the above-captioned action. I have caused service of the following documents:

    1.    **NOTICE OF MOTION AND MOTION OF DEFENDANT JIM SINGLETON TO SUBSTITUTE COUNSEL**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified them.

    1.    James W. Alcantara, Esq., Alcantara and Associates, 402 West Broadway, Suite 1170 Emerald Plaza, San Diego, CA 92101-3542, jima@alcantaraassociates.com, Attorneys for Plaintiff Gregory A. Strasburg.

    2.    Douglas M. Field, Esq., McDonnell and Associates, 2040 Harbor Drive, Suite 202, San Diego, CA 92101, dfield@mrlawgroup.com, Attorneys for Defendants M/Y Just a Notion; Peter Blair and The Yacht Club, LLC.

I hereby certify that I have also caused the foregoing documents, to be mailed by the United States Postal Service, First Class Mail to the following:

1. James W. Alcantara, Esq., Alcantara and Associates, 402 West Broadway, Suite 1170 Emerald Plaza, San Diego, CA 92101-3542, jima@alcantaraassociates.com, Attorneys for Plaintiff Gregory A. Strasburg.

2. Douglas M. Field, Esq., and Michael A. McDonnell, McDonnell and Associates, 2040 Harbor Drive, Suite 202, San Diego, CA 92101, dfield@mrlawgroup.com, Attorneys for Defendants M/Y Just a Notion; Peter Blair and The Yacht Club, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2008 at San Diego, California.

*/s/ Marnie Cruz*
Marnie Cruz