# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003,<br><br>Plaintiffs,<br><br>vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her gines, tackle, furniture, and appurtenances, in rem; PETER BLAIR; JIM SINGLETON; and THE YACHT CLUB, LLC,<br><br>Defendants. | CASE NO. 08CV21 JLS (BLM)<br><br>**ORDER GRANTING DEFENDANT SINGLETON'S MOTION TO SUBSTITUTE COUNSEL**<br><br>(Doc. No. 27) |

Presently before the Court is defendant Jim Singleton's motion to substitute counsel. (Doc. No. 27.) Mr. Singleton wishes to substitute David Hopkins of Sullivan, Hill, Lewin, Rez & Engel in place of his prior counsel of record, Douglas M. Field of McDonnell & Associates. The Court has reviewed the motion, and the attached substitution of counsel executed by Mr. Singleton and his new and former counsel (Exhibit A). The Court **GRANTS** the motion for substitution of counsel. Mr. Hopkins **SHALL BE SUBSTITUTED** as counsel of record for Mr. Singleton.

//
//
//

IT IS SO ORDERED.

DATED: March 21, 2008

_____
Honorable Janis L. Sammartino
United States District Judge