# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 APR 15 PM 9:44

*This space for Clerk's Office File Stamp*

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Judge Janis L Sammartino

FROM: J. Hinkle, Deputy Clerk        RECEIVED DATE: 4/11/08

CASE NO.: 08cv0021-JLS(BLM)   DOCUMENT FILED BY: Peter Blair

CASE TITLE: Strasburg v M/Y Just a Notion et al

DOCUMENT ENTITLED: Declaration

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Not in Pleading format. No proper proof of sevice, only a listing of fax numbers |

*Document not filed through attorney of record.*

Date forwarded: 4/11/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

*mailed to atty*

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 4/14/2008     By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

UNITED STATES DISTRICT COURT                           April 7, 2008
SOUTHERN DISTRICT OF CALIFORNIA
U.S. Courts Building
940 Front St., San Diego, CA

RE: M/V 'Just A Notion' Case 3:08-cv-00021-JLS-BLM

Judge: Hon. Janis L. Sammartino
Mag.: Hon. Barbara Lynn Major

## DECLARATION

Peter Blair, David Moniz and Kim Warner submit the following declarations;

Over a month ago, we submitted to our Attorney Michael McDonnell, a list that was in response to the Order by your Honor on February 5th, 2008. This list, herein included, was to be for "specialized maintenance" of the vessel. On Friday of last week, we realized that our Attorney had not submitted this information to the Plaintiff or to Your Honor. Additionally, Peter Blair was told by our Attorney that Dave Moniz, Kim Warner and or Peter Blair would not be allowed to board the vessel for inspection. Our Attorney stated that the Plaintiff stated that no persons from the Yacht Club LLC, especially Peter Blair, will ever be allowed to board the vessel.

We do not understand how Your Honors' Order can be dismissed and not obeyed. Further, we find it very difficult to acquire unbiased legal representation due to comments by our attorney and the Plaintiff's Attorney, which have poisoned the minds of potential legal maritime attorneys, this seems to be a small fraternity of Attorneys.

Over the past two plus years, we have spent all our time and money on the Yacht Club LLC and related business ventures. Many of these efforts are represented by the Claim of Lien filed with Your Honor and the Court as well as our recent accounting of "March 13, 2008 Revision 21" included herein, which represents more than $500,000 USD spent after 2005 and independent of any Plaintiff's funds. 99% of the goods and services from this 3-year period, have been paid for and are installed on board the vessel.

Our living habitat, trade tools, specialty equipment and other important personal items have been taken from us and we haven't been able to make a living. All business has been put on hold and losses are mounting. We are trying to seek fairness and justice from Your Honor and this Court. We are sending this Declaration and other documents to all Attorneys of record in this case via FAX.

The information in the Declaration is True and Correct to the Best of the knowledge, information and belief of the individuals who signed it. We do hereby sign under penalty of perjury that the foregoing is correct.

_____    _____    _____
Peter Blair                David Moniz                Kim Warner

Attorneys;
Michael B. McDonnell, Esq.    Fax (619) 294-4237
James W. Alcantara             Fax (619) 233-5999
David B. Hopkins               Fax (619) 231-4372
Thomas Arthur Russell          Fax (949) 854-6001
Wachovia Bank, N.A.            Fax (949) 854-6001