Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for PETER BLAIR, and THE YACHT CLUB, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/28/2003,<br><br>Plaintiff,<br><br>vs.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem;* PETER BLAIR, *in personam;* JIM SINGLETON, *in personam;* and THE YACHT CLUB, LLC., a Nevada Corporation,<br><br>Defendants. | CASE NO: 08cv0021JLS(BLM)<br><br>IN ADMIRALTY<br><br>**DECLARATION OF MICHAEL B. McDONNELL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: May 16, 2008<br>Time: 10:30 AM<br>Judge: Hon. Janis L. Sammartino<br>Dept: Courtroom 6 |

I, Michael B. McDonnell, do declare and state as follow:

1. I am the attorney of record for Defendants PETER BLAIR and THE YACHT CLUB, LLC in the above-referenced matter. I have personal knowledge of all the matters stated herein and could and would competently testify thereto if called upon to do so.

2. I am requesting the Court to allow myself and my firm to withdraw as counsel of record for the above defendants for a myriad of reasons. My dealings in this case are with PETER BLAIR (hereinafter "BLAIR"). He is not only my individual client but he is also president of the corporate Defendant THE YACHT CLUB, LLC (hereinafter "YCLLC").

3. Throughout my representation of Defendants in this case BLAIR has continually

insisted that I file motions and take actions in this case which I believe would not be a good strategic move, nor in his best interests or the interests YCLLC, and in many cases are improper. My refusal to take these actions has led to many disagreements between myself and BLAIR rendering it extremely difficult to run the case.

4. As a result of these disagreements BLAIR has taken it upon himself to contact the Court, by telephone on one occasion, and more recently he attempted to file documents with the Court without my knowledge and /or consent. By taking such actions he has undermined my ability to represent him and the company and he is certainly not following my advice or counsel regarding the handling of this case.

5. Finally BLAIR has failed to pay for the services and costs rendered in this case. Our firm requested an initial retainer deposit of which only a portion has ever been paid. The remaining balance of the retainer has not been paid nor any of the subsequent invoices.

6. I have both orally and twice in writing notified BLAIR of my intent to withdraw and that the corporate Defendant cannot appear pro per in this action. I have notified him that upon my withdrawal from this action that substitute counsel will need to be in place for YCLLC otherwise the corporation is running the risk that the answer could be struck and a default entered against the company.

7. I have on numerous occasions asked BLAIR to find new counsel so that I could substitute out of this case without the necessity of filing this motion. BLAIR has failed and refused to find substitute counsel therefore necessitating the filing of this motion. This firm is not in the position to continue to handle a case with a client who is not paying for the services rendered and refuses to follow the advice of counsel and acts directly against counsel's advice.

8. Therefore, I respectfully request that this Court allow our firm to withdraw as the counsel of record for PETER BLAIR and THE YACHT CLUB, LLC.

I declare under the penalty of perjury that foregoing is true and correct, executed this 15th day April, 2008 in San Diego, California.

_____
Michael B. McDonnell