1  Michael B. McDonnell, State Bar No. 107053
   Douglas M. Field, State Bar No. 237888
2  McDONNELL & ASSOCIATES
   2040 Harbor Island Drive, Suite 202
3  San Diego, California 92101
   Telephone: (619) 294-4230
4  Facsimile: (619) 294-4237

5  Attorneys for PETER BLAIR, and THE YACHT CLUB, LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 GREGORY A STRASBURG, Individually and as      )  **CASE NO.: 08cv0021 JLS(BLM)**
   Trustee of the GREGORY A. STRASBURG          )
11 REVOCABLE TRUST dated 4/8/2003,              )  **IN ADMIRALTY**
                                                )
12                       Plaintiff,             )  **PROOF OF SERVICE OF MOTION**
                                                )  **TO WITHDRAW AS COUNSEL**
13      vs.                                     )
                                                )
14 *M/Y JUST A NOTION*, Official Number 1089525, her  )  Date:  May 16, 2008
   engines, tackle, furniture and appurtenances, *in rem;*  )  Time:  10:30 a.m.
15 PETER BLAIR, *in personam;* JIM SINGLETON, *in*  )  Judge:  Hon. Janis L. Sammartino
   *personam;* and THE YACHT CLUB, LLC., a Nevada  )  Dept:  Courtroom 6
16 Corporation                                  )
                                                )
17                       Defendants.            )
                                                )
18 _____      )

19 I, Lisa Barnum, declare:

20      I am a resident of the State of California and over the age of eighteen years, and not a party to the
   withing action; my business address is 2040 Harbor Island Dr., Suite 202, San Diego, CA 92101, San
21 Diego, CA 92101.

22 On April 16, 2008, I served the following document on the individuals as follows:

23 **NOTICE OF MOTION AND MOTION TO WITHDRAW**
   **DECLARATION OF MICHAEL B. McDONNELL IN SUPPORT OF MOTION TO**
   **WITHDRAW**

24      X    BY ELECTRONIC FILING:  I served the above referenced document by E-filing, in
   accordance with the rules governing the electronic filing of documents in the Unites States District Court
25 in and for the Southern District of California.  Notice will be electronically mailed to the following
   parties:

26 James Alcantara
   ALCANTARA & ASSOCIATES, APC
27 yachtlaw@aol.com
   //
28

_____
PROOF OF SERVICE                                          CASE NO.: 08CV21 JLS(BLM)
                                                                              1

1  David B. Hopkins
   SUULIVAN, HILL, LEWIN, REZ & ENGEL
2  hopkins@shlawc.com

3  I declare under penalty of perjury under the laws of the State of California that the above is true and
   correct

4  Executed on April 16, 2008 at San Diego, California.

5
                                                        _____
6                                                       Lisa M. Barnum

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28