# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 APR 16 AM 8:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Sammartino
FROM: C Puttmann, Deputy Clerk    RECEIVED DATE: 3/25/2008
CASE NO.: 08cv0021 JLS BLM    DOCUMENT FILED BY: Defendant
CASE TITLE: Strasburg v. M/Y Just a Notion, et al
DOCUMENT ENTITLED: Lien Request

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☑ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Improper format; defendant has an attorney on file and is filing document pro-se. *Defendant must file through counsel of record.* |

Date forwarded: 3/25/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 4/15/2008   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Document Type: CLAIM_OF_LIEN
Batch Number: 627595
Document ID: 8511708
User ID: SCANNER5
Filed Date/Time: 06-MAR-2008 05:20 PM

Name of United States Documented Vessel:
Document Number:

'Just A Notion'

**REJECTED**

The Date of Establishment of Lien Rights is: December 20, 2007.

Name and address of each Claimant is listed below.
Nature of Lien Request is Non Payment for Labor from the Parties Listed Below;

|     | AMOUNTS |     |
|-----|---------|-----|
| 1. Mr. David Moniz<br>3919 Bernice Dr.<br>San Deigo, CA 92107 | $ 165,553.00 USD | By: D. Moniz<br>Date: 3-6-08 |
| 2. Mr. Kim Warner<br>P. O. Box 6283<br>San Deigo, CA 92166 | $ 112,284.00 USD | By: Kim Warner<br>Date: 3-6-2008 |
| 3. Mr. Peter Blair<br>P.O. Box 6283<br>San Diego, CA 92166 | $ 581,360.00 USD | By: Peter Blair<br>Date: 3-6-2008 |

Nature of Lien Request is for Default on Loan Payment and Payment for Balance of Loan;

|     | AMOUNTS |     |
|-----|---------|-----|
| 1. Mr. James R. Singleton<br>3727 Alcott St.<br>San Diego, CA 92106 | $ 180,000.00 USD | By: JR Singleton<br>Date: 3/6/2008 |

Nature of Lien Request is for Refund of Monetary Contribution, which is in Default;

|     | AMOUNTS |     |
|-----|---------|-----|
| 1. Mr. Rob La Breche<br>555 Front Street #2501<br>San Diego, CA 92101 | $ 50,000.00 USD | By: [signature]<br>Date: 3/6/08 |
| 2. The Yacht Club LLC.<br>4995 Portuguese Ln.<br>Fallon, NV 89406-9005 | $ 143,770.06 USD | By: Peter Blair<br>Date: 3-6-2008 |
| Total of Lien Notice Claimed; | $1,232,967.06 USD | |

The information in the Notice is True and Correct to the Best of the Knowledge Information and Belief of the Individual who Signed it. A Copy of the Notice as Presented for Recordation has been sent to each of the following; 1. Owner of the Vessel, 2. Each Person that Recorded under Sub Section A of 46 USC 31343 an Unexpired Notice of a Claim of an Undischarged Lien on the Vessel, 3. The Mortgagee of each Mortgage Filed or Recorded under section 31321 of this Title that is an Undischarged Mortgage on the Vessel.

DATED: 3/6/08, AND ACKNOWLEDGED BY NOTARY LISTED HEREIN FOR THE PARTIES SIGNED HEREON;

SEE ATTACHED LEGAL NOTARIZATION



OFFICIAL SEAL
MIR ALI
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1626205
SAN DIEGO COUNTY
MY COMM. EXP. NOV. 12, 2008

03/06/2008 THU 17:20  [TX/RX NO 9817]  ☒002