**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/28/2003,<br><br>    Plaintiff,<br><br>vs.<br><br>*M/Y JUST A NOTION,* Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem;* PETER BLAIR, *in personam;* JIM SINGLETON, *in personam;* and THE YACHT CLUB, LLC., a Nevada Corporation,<br><br>    Defendants. | CASE NO: 08cv0021JLS(BLM)<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PETER BLAIR and THE YACHT CLUB, LLC.**<br><br>Date:  May 16, 2008<br>Time:  10:30 AM<br>Judge: Hon. Janis L. Sammartino<br>Dept:  Courtroom 6 |

On May 16, 2008 in Courtroom 6, McDonnell & Associates, came before this Court regularly for hearing for a Motion to be Relieved as Counsel in the above-referenced action. The Court having requested the appearance of Peter Blair and Peter Blair attended on behalf of himself and as President of Defendant THE YACHT CLUB. The Court having reviewed the papers on file herein and finding that good cause exists,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that,

Michael McDonnell and McDonnell & Associates are relieved as counsel for Defendants Peter Blair, individually, and The Yacht Club, a Nevada corporation. All further service on Peter Blair, individually, and The Yacht Club, a Nevada corporation. in this matter should be

1  served upon Peter Blair, PO Box 6283, San Diego, CA 92116.  Defendant, The Yacht Club, has
2  been advised that, as a corporation, they require representation by counsel otherwise their answer
3  will be struck and a default entered.  This Court has granted a sixty (60) day period to for
4  Defendants to obtain new counsel.  The sixty (60) day period began running on the date of this
5  hearing and shall expire on July 15, 2008.
6     IT IS SO ORDERED
7
8  DATED:  June 11, 2008
9  *Janis L. Sammartino*
   Honorable Janis L. Sammartino
   United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28