1  James C. Mitchell (CBA # 87151)
   Mitchell & Gilleon
2  1320 Columbia Street, Suite 200
   San Diego, CA 92101
3  Tel: 619.702.8623
   Fax: 619.702.6337
4

5  Attorneys for Defendants Peter Blair, The Yacht Club, LLC

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 GREGORY A. STRASBURG,                    CASE NO.  08 cv 21 JLS(BLM)
   Individually and as Trustee of the
12 GREGORY A. STRASBURG                     NOTICE  OF  APPEARANCE  OF
   REVOCABLE TRUST dated 4/8/2003           ATTORNEYS  FOR  DEFENANTS
13                                          PETER BLAIR, THE YACHT CLUB,
                                            LLC
14              Plaintiffs,
       vs.
15
   M/Y JUST A NOTION, Official Number
16 1089525, her engines, tackle, furniture
   and appurtenances, in rem; PETER
17 BLAIR, JIM SINGLETON, and THE
   YACHT CLUB, LLC., a Nevada, limited
18 liability company,

19              Defendants.

20

21       To the Court and plaintiff Gregory A. Strasburg, individually and as Trustee

22 of the Gregory A. Strasburg Revocable Trust Dated 4/8/2003 and plaintiff's

23 attorneys of record, James W. Alcantara, Alcantara & Associates, 402 West

24 Broadway, Suite 1170, San Diego, CA 92101:

25 ///

26 ///

27 ///

28 ///

1

2          TAKE NOTICE that James C. Mitchell, Mitchell & Gilleon, 1320 Columbia

3   Street, Suite 200, San Diego, CA 92101, Tel: 619.702.8623, Fax: 619.702.6337,

4   jcm@mglawyers.com will be representing defendants Peter Blair and The Yacht

5   Club, LLC. in this action.

6

7   Date: July 21, 2008                              Mitchell & Gilleon

8

9                                                    James C. Mitchell, Attorneys for Defendants
                                                     Peter Blair, Yacht Club, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Strasburg v. M/Y Just A Notion et al*
United States District Court Case No. 08 cv 21 JLS(BLM)

<u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I, the undersigned, whose business mailing address is 1320 Columbia Street, Suite 200, San Diego, California 92101, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to this action;

That on July 21, 2008, I served the within: **NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENANTS PETER BLAIR, THE YACHT CLUB, LLC** on the following interested parties in said action: **SEE ATTACHED SERVICE LIST**

[ X ]   (VIA U.S. MAIL/~~UPS Next Day Air~~)   I placed [ ] the original [xx] a true copy thereof enclosed in a sealed envelope(s) addressed as stated on the attached mailing list and placing such envelope(s) with first class postage thereon fully prepaid, in the United States Mail or via UPS Next Day Air at San Diego on this date following ordinary business practices.

[ ]   (BY CERTIFIED MAIL)   I placed [ ] the original [ ] a true copy thereof enclosed in a sealed envelope(s) addressed as stated on the attached mailing list and placing such envelope(s), certified mail, return receipt requested postage thereon fully prepaid, in the United States Mail at San Diego on this date following ordinary business practices.

[ ]   (BY FACSIMILE TRANSMISSION)   I transmitted a true copy thereof via facsimile on all interested parties to the action for immediate delivery to SEE ATTACHED SERVICE LIST.

[ ]   (PERSONAL SERVICE)   Personally served to the addressed stated on the attached mailing list via hand delivery.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated: July 21, 2008

Marilene A. Selvaggio

1           Service List

2

3   James W. Alcantara
    Alcantara & Associates
4   402 West Broadway
    Suite 1170
5   San Diego, CA 92101
6   Tel: 619.233.5900
    Fax: 619.233.5999
7   Attorneys for Plaintiff Gregory A. Strasburg, individually and as Trustee of the
8   Gregory A. Strasburg Revocable Trust Dated 4/8/2003

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28