TABLE OF CONTENTS
Exhibits to First Amended Complaint

**Exhibit 1 -** Legal Opinion Letter dated May 10, 2005...........pages Ex.1-1 through Ex.1-5

**Exhibit 2 –** Operating Agreement…………………………..pages Ex.2-1 through Ex2.19