JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
Telephone:  (619) 233-5900
Facsimile:  (619) 233-5999
Email:  jima@alcantaraassociates.com

Attorneys for Plaintiff Gregory A. Strasburg,
Individually and as Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and as Trustee of the GREGORY A. STRASBURG REVOCABLE TRUST dated 4/8/2003<br><br>       Plaintiff,<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, *in rem*; PETER BLAIR, *in personam*; JIM SINGLETON, *in personam*; and THE YACHT CLUB, LLC., a Nevada Corporation<br><br>       Defendants. | CASE NO.: 08CV0021 LJS (BLM)<br><br>CERTIFICATE OF SERVICE |

I, Monique C. Rodrigue hereby certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 402 West Broadway, Suite 1170, San Diego California 92101, which is located in the city, county and state where the mailing described below took place.

3. I am readily familiar with the practice of ALCANTARA & ASSOCIATES, APC with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.

4. The document described below was served by electronic filing on September 16, 2008, as counsel for all parties are registered for ECF.

-1-

IN ADMIRALTY – FIRST AMENDED COMPLAINT FOR VESSEL ARREST AND DAMAGES

5. On September 16, 2008, I served the document described below by E-filing in accordance with the rules governing the electronic filing and subsequent service of documents in the United States District Court in and for the Southern District of California. Notice will be electronically mailed to the following parties by and through their counsel of record:

David B. Hopkins, Esq.: hopkins@shlaw.com, cruz@shlaw.com

James C. Mitchell, Esq.: jcm@mglawyers.com, mas@mglawyers.com

Thomas Arthur Russell, Esq.: trussell@ra-law.com

Wachovia Bank, N.A.: trussell@ra-law.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16$^h$ day of September 2008, at San Diego, California.

ALCANTARA & ASSOCIATES, APC

Monique C. Rodrigue