# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. STRASBURG, Individually and a Trustee of the Gregory A. Strasburg Revocable Trust dated 4/8/2003,<br><br>Plaintiff,<br><br>v.<br><br>M/Y JUST A NOTION, Official Number 1089525, her engines, tackle, furniture and appurtenances, in rem,<br><br>Defendants. | Civil No.08cv0021 AJB (BLM)<br><br>ORDER DENYING DEFENDANT PETER BLAIR'S MOTION FOR CONTINUANCE |

Pending is Defendant Peter Blair's Motion for Continuance (Doc. No. 147), filed April 11, 2011. Blair seeks a 120-day extension of the pretrial dates and related deadlines in this and the related case, *Wachovia Bank, N.A. v. M/Y Just a Notion, Official No. 1089525*, 3:08-cv-1023. Blair seeks this time in order to acquire new counsel in this matter. On April 8, 2010, the Court granted Blair's request to relieve Jim Mitchell from acting as Blair's attorney of record. (Doc. No. 106). The Court further ordered that Blair would proceed pro se until new counsel, if applicable, was retained. Inasmuch as Blair has had over a year to retain counsel in this matter and has yet to do so, it is ordered that Blair's

//
//
//
//

1 | Motion for Continuance be, and it hereby is, DENIED.

3 | IT IS SO ORDERED.

5 | DATED:  April 18, 2011

_____
Hon. Anthony J. Battaglia
U.S. District Judge